(March 28, 1988)

■ A. J. VINEA CORPORATION, Respondent, v ROBERT BRYANT

et al., Defendants, and DIANE KHOUDARY et al., Appellants.—
In an action to set aside certain conveyances of real property,
the defendants Diane Khoudary and Frank Canterino appeal
from an order of the Supreme Court, Richmond County (San-
giorgio, J.), dated April 3, 1987, which denied their motion for
summary judgment.

Ordered that the order is affirmed, without costs or dis-
bursements.

The allegations set forth by the plaintiff's president are
sufficient to raise triable issues of fact so as to warrant the
denial of the appellants' motion for summary judgment.
Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ.,
concur.